UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH ELIZABETH PILLAI,

    Plaintiff,

-against-

CHARLES SCHWAB & CO., INC.,

    Defendant.

25-CV-3836 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's supplemental memorandum of law in opposition to defendant's motion to dismiss. (Dkt. 14.) In light of plaintiff's pro se status, the Court accepts plaintiff's supplemental memorandum for filing, but advises her that "litigation, including motion practice, is an ordered process. Local Civil Rule 6.1 provides for opening papers, opposition papers, and reply papers, in that order." *See Paravas v. Cerf*, 2022 WL 203168 (S.D.N.Y. 2022). In this case, that "ordered process" required plaintiff to file any opposition to defendant's motion to dismiss no later than June 18, 2025. *See* Local Civ. R. 6.1(b) ("any opposing or response papers must be served within 14 days after service of the moving papers"). Going forward, untimely or unauthorized memoranda will not be accepted. Plaintiff must comply with the Court's Local Civil Rules (https://www.nysd.uscourts.gov/rules) and with Judge Moses's Individual Practices (https://nysd.uscourts.gov/hon-barbara-moses).

Defendant's deadline to file its optional reply brief is hereby EXTENDED to **July 1, 2025**.

The Court has also received and reviewed plaintiff's letter-motion requesting a case management conference. (Dkt. 15.) The Court will schedule a case management conference, if necessary, after decision on defendant's pending motion to dismiss. The Clerk of Court is respectfully directed to close the motion at Dkt. 15.

Dated: New York, New York
       June 24, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**